UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR19-176-CAS | | Date | April 29, 2019 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Laura Elias | Devon Myers for Puneet Kakkar |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| GABRIEL HERNANDEZ | X | | X | JESSE RUIZ | X | | X |

**Proceedings:**  STATUS CONFERENCE/CHANGE OF PLEA

   Hearing held and counsel are present.  The Court confers with counsel and defendant moves to change his plea to Count 1 of the Single Count Information, states that his true name is as charged and is sworn.

   The Court questions the defendant regarding his intention to enter a plea of GUILTY and advises the defendant of his Constitutional Rights.  Defendant now enters a new and different plea of GUILTY to Count 1 of the Single Count Information.  The Court FINDS the plea to be knowledgeable and voluntary and orders the plea accepted and entered.

   The Court orders the Plea Agreement filed and incorporated into the record.

   The Court refers the defendant to the Probation Office for an investigation and Pre-sentence Report and continues the matter to **July 29, 2019**, at **2:30 P.M.** for sentencing.  Defendant is ORDERED to be present on July 29, 2019, at 2:30 P.M., unless otherwise advised by his counsel.

   The Court orders the Jury Trial VACATED as to this defendant.

|  | 00 | : | 22 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

**cc: Pretrial Services**
**U.S Probation**