PUNEET V. KAKKAR (259816)
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, CA 90012
puneet.kakkar@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>GABRIEL HERNANDEZ,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CR 19-00176-CAS<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION FOR SEALING, PROPOSED ORDER SEALING DOCUMENTS, UNDER SEAL DOCUMENT 1, AND UNDER SEAL DOCUMENT 2

**Reason:**

[✓] Under Seal and/or In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[ ] Other:

| | |
|---|---|
| December 18, 2019<br>Date | PUNEET V. KAKKAR<br>Attorney Name<br>UNITED STATES<br>Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                              **NOTICE OF MANUAL FILING OR LODGING**